UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/22

Kiran Vuppala,

            Plaintiff,

–v–

Hudson River Flower Corp., et al.,

           Defendants.

21-cv-8360 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the order referring the case to the Magistrate Judge for general pretrial management, Dkt. No. 15, the initial pretrial conference scheduled before this Court on March 18, 2022, is hereby ADJOURNED *sine die*. An initial conference will be rescheduled before the Magistrate Judge.

    SO ORDERED.

Dated: March 10, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge