UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KIRAN VUPPALA,

                             Plaintiff,                        21-CV-08360 (PGG)(SN)

      -against-                                        **ORDER**

HUDSON RIVER FLOWER CORP., et al.,

                             Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On March 31, 2022, the Court ordered that, should Defendant Hudson Street (then named as West Village Hudson Street LLC, now as 541 Hudson LLC) not appear by May 25, 2022, the parties were to file a joint letter outlining all efforts made to contact Hudson Street. The letter was also to state whether Plaintiff or Defendant Hudson River Flower Corp. intends to move for default against Hudson Street. As of the issuance of this order, Defendant Hudson Street has not appeared, and the parties have filed no such letter. The parties' letter is due by May 31, 2022.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     May 26, 2022
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022