UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KIRAN VUPPALA,

                               **Plaintiff,**                        21-CV-08360 (PGG)(SN)

    -against-                                                   <u>**ORDER**</u>

HUDSON RIVER FLOWER CORP., et al.,

                              **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Because Defendant 541 Hudson LLC has not yet appeared, the initial pretrial conference currently scheduled for June 1, 2022, is ADJOURNED pending further order of the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 31, 2022
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2022