```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KIRAN VUPPALA,

                              Plaintiff,                      21-CV-08360 (PGG)(SN)

         -against-                                        **ORDER**

HUDSON RIVER FLOWERS CORP., et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On June 19, 2022, Plaintiff filed an affidavit of service on Defendant 541 Hudson LLC. ECF No. 30. As of today, Defendant has not filed a notice of appearance, responsive pleading, or any other motion. No later than September 13, 2022, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendant or made any efforts to confirm receipt of service. The letter should also state whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                                               _____
                                                                               SARAH NETBURN
                                                                               United States Magistrate Judge

DATED:      September 6, 2022
                   New York, New York