UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KIRAN VUPPALA,

                              Plaintiff,                      21-CV-08360 (JLR)(SN)

        -against-                                              ORDER

HUDSON RIVER FLOWERS CORP., et al.,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Per the Court's order at ECF No. 49, the parties were to submit a joint status letter no later than March 31, 2023. To date, no such filing has been made. The parties are directed to file a status letter no later than April 7, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 4, 2023
               New York, New York