```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KIRAN VUPPALA,

                        **Plaintiff,**

     -against-

HUDSON RIVER FLOWERS CORP., et al.,

                        **Defendants.**

-----------------------------------------------------------------X

21-CV-08360 (JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the parties' notice of settlement, the conference scheduled for today at 1:30 p.m. is cancelled. The Clerk of Court is respectfully directed to place ECF Nos. 53 and 54 under seal.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 24, 2023
                New York, New York